■ DANFIELD DEVELOPMENT CO., INC., et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 66600.)—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Hanifin, J. (Appeal from judgment

of Court of Claims, Hanifin, J.—appropriation.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.